# Third Amended Exhibit A

| Plaintiff Name | Cause Number | Lead Counsel |
|---|---|---|
| Pulford, Joseph V. | 1:15-cv-01824 | THE NATIONS LAW FIRM |
| Jennings, Steven | 1:16-cv-00461 | THE NATIONS LAW FIRM |
| Pepiot, William Stephan & Mary Magdelena | 1:16-cv-00693 | THE NATIONS LAW FIRM |
| Snyder, Jill & Kim | 1:16-cv-01734 | THE MOODY LAW FIRM, INC. |
| Klein, Warren Arnold | 1:16-cv-02018 | THE NATIONS LAW FIRM |
| Duvall, Don M. | 1:16-cv-02066 | THE NATIONS LAW FIRM |
| Stone, Duncan & Teems, Catherine | 1:16-cv-02136 | COWPER LAW |
| Hollman, Floyd & Geneice | 1:16-cv-02156 | THE NATIONS LAW FIRM |
| Meacham, Anna Faye | 1:16-cv-02264 | THE NATIONS LAW FIRM |
| Washington, Jeffrey & Norma Yvonne | 1:16-cv-02303 | THE NATIONS LAW FIRM |
| Brown, Stephen G. & Glenda | 1:16-cv-02753 | THE NATIONS LAW FIRM |
| Humphrey, Charles & Sabrina | 1:16-cv-02766 | LOWE LAW GROUP |
| Coleman, Diane | 1:16-cv-03409 | THE NATIONS LAW FIRM |
| Klein, Robert | 1:17-cv-00513 | GOLDENBERGLAW, PLLC |
| Turner, Kevin | 1:17-cv-00554 | THE NATIONS LAW FIRM |

**Third Amended Exhibit A**

| Name | Case Number | Law Firm |
|---|---|---|
| Sanders, Charles | 1:17-cv-00565 | THE NATIONS LAW FIRM |
| Kennedy, Charles Franklin & Jobeth Hurley | 1:17-cv-00732 | THE NATIONS LAW FIRM |
| Crawford, Patricia | 1:17-cv-00735 | THE NATIONS LAW FIRM |
| Essary, Timothy Eugene & Vicki Rene | 1:17-cv-00751 | THE NATIONS LAW FIRM |
| Myles, Denise Carol | 1:17-cv-00773 | THE NATIONS LAW FIRM |
| White, Carolyn Rene | 1:17-cv-00936 | THE NATIONS LAW FIRM |
| Doss, Kerry Suzanne | 1:17-cv-00944 | THE NATIONS LAW FIRM |
| Rhodes, Rachel Wright | 1:17-cv-00950 | THE NATIONS LAW FIRM |
| Klein, Darrell Wayne | 1:17-cv-00964 | THE NATIONS LAW FIRM |
| Via, David O'Daniel | 1:17-cv-00993 | THE NATIONS LAW FIRM |
| Bergansky, Robert Allen | 1:17-cv-00995 | THE NATIONS LAW FIRM |
| McCartney, Lynne Marie & Paul Anthony | 1:17-cv-01031 | THE NATIONS LAW FIRM |
| Jackson, Latisha Trena | 1:17-cv-01042 | THE NATIONS LAW FIRM |
| Betterton, Mykel Nolan | 1:17-cv-01129 | THE NATIONS LAW FIRM |
| Wright, Larry Lee & Mary Linda | 1:17-cv-01186 | THE NATIONS LAW FIRM |
| Harris, April Latrice | 1:17-cv-01196 | THE NATIONS LAW FIRM |
| Binford, Lina Evelyn | 1:17-cv-01235 | THE NATIONS LAW FIRM |

**Third Amended Exhibit A**

| | | |
|---|---|---|
| Chapman, Marcia Rena | 1:17-cv-01374 | THE NATIONS LAW FIRM |
| Swann, Ramon Fisco | 1:17-cv-01383 | THE NATIONS LAW FIRM |
| Blassingame, Sandra Denise | 1:17-cv-01399 | THE NATIONS LAW FIRM |
| Aikens, Heather | 1:17-cv-01414 | THE NATIONS LAW FIRM |
| Kanorr, Walter Ray | 1:17-cv-01420 | THE NATIONS LAW FIRM |
| Thompson, Michael Richard | 1:17-cv-01484 | THE NATIONS LAW FIRM |
| Mensen, Ronald Raymond Jr. and Ashley Ann | 1:17-cv-01765 | THE NATIONS LAW FIRM |
| Rosell, Lillie Marie | 1:17-cv-01767 | THE NATIONS LAW FIRM |
| Pantall, Alva Patrick and Pamela Symons Pantall | 1:17-cv-01768 | THE NATIONS LAW FIRM |
| Redmond, Michael Anthony | 1:17-cv-01861 | THE NATIONS LAW FIRM |
| Campbell, Charles Sr. | 1:17-cv-01905 | GOLDENBERGLAW, PLLC |
| Schlagel, David Mitchell Jr. and Nikki Sue | 1:17-cv-01995 | THE NATIONS LAW FIRM |
| Regner, William | 1:17-cv-02140 | HOTZE RUNKLE, PLLC |
| Whitworth, Michael Wayne and Catherine Elizabeth | 1:17-cv-02913 | THE NATIONS LAW FIRM |
| Kubin, Kelly | 1:17-cv-03199 | BURNETT LAW FIRM |
| Roberson, Charlene | 1:17-cv-03316 | DAVIS BETHUNE & JONES, LLC |
| Blender, Trudy S. | 1:17-cv-03691 | THE NATIONS LAW FIRM |

**Third Amended Exhibit A**

| | | |
|---|---|---|
| Hackney, Willis Douglas and Sherry Hopkins | 1:17-cv-03913 | THE NATIONS LAW FIRM |
| Miller, Delbert Edwin | 1:17-cv-03940 | THE NATIONS LAW FIRM |
| Karsteter, Carl Lee and Barbara Laverne | 1:17-cv-04315 | THE NATIONS LAW FIRM |
| Williams, Charles Nathaniel Jr. | 1:17-cv-04430 | THE NATIONS LAW FIRM |
| Spinks, Frances Louise | 1:17-cv-04652 | THE NATIONS LAW FIRM |
| Metzger, Barbara | 1:17-cv-04716 | SWMW LAW, LLC |
| Banks, Yvette and Charles | 1:18-cv-00033 | DEGARIS WRIGHT MCCALL |
| Brevard, Steven Roland | 1:18-cv-00268 | THE NATIONS LAW FIRM |
| Park, John Gilson and Elaine Day | 1:18-cv-00278 | THE NATIONS LAW FIRM |
| McLane, Brenda Joyce and Roger Dale | 1:18-cv-00361 | THE NATIONS LAW FIRM |
| Becker, Linda Lee and Carl Paul | 1:18-cv-00362 | THE NATIONS LAW FIRM |
| Sheppard, Lena Mae | 1:18-cv-00395 | THE NATIONS LAW FIRM |
| Henry, Frances Lee | 1:18-cv-00517 | THE NATIONS LAW FIRM |
| Gonzalez, Hector Luis | 1:18-cv-00546 | THE NATIONS LAW FIRM |
| Farmer, Gregory Neil and Tonya Good | 1:18-cv-00551 | THE NATIONS LAW FIRM |
| McGill, Charles Randall and Linda Susan | 1:18-cv-00622 | THE NATIONS LAW FIRM |
| Rosen, Larry and Dorothy Lynn | 1:18-cv-00626 | THE NATIONS LAW FIRM |

**Third Amended Exhibit A**

| | | |
|---|---|---|
| Steele, John A. Jr. | 1:18-cv-00701 | WAGSTAFF & CARTMELL, LLP |
| Pendroy, Patricia A. | 1:18-cv-00906 | BERTRAM & GRAF, L.L.C. |
| Salcida, Albert Pedro | 1:18-cv-01188 | THE NATIONS LAW FIRM |
| York, Elizabeth Daniel | 1:18-cv-01213 | THE NATIONS LAW FIRM |
| Jones, William D. | 1:18-cv-01299 | BERTRAM & GRAF, L.L.C. |
| Oubre, Sheila | 1:18-cv-01814 | BERTRAM & GRAF, L.L.C. |
| Shiverdaker, Jackie Joe and Willie Rebecca | 1:18-cv-01869 | THE NATIONS LAW FIRM |
| Rich, Eric Lanard | 1:18-cv-02601 | THE NATIONS LAW FIRM |
| Dawkins, Bradley | 1:18-cv-03232 | WAGSTAFF & CARTMELL, LLP |
| Scott, Veronica Delisa and Bryant Maurice | 1:18-cv-03245 | THE NATIONS LAW FIRM |
| Hodor, Alexander | 1:18-cv-03863 | BERTRAM & GRAF, L.L.C. |
| McDonald, Mell | 1:18-cv-04081 | BERTRAM & GRAF, L.L.C. |
| Hunter, Adlai Richard | 1:19-cv-00620 | THE NATIONS LAW FIRM |
| Avant, Barbara | 1:19-cv-01498 | BERTRAM & GRAF, L.L.C. |
| Davis, Mona | 1:19-cv-01518 | BERTRAM & GRAF, L.L.C. |
| Dunkleberg, Donald | 1:19-cv-01526 | BERTRAM & GRAF, L.L.C. |
| Higgins, Phillip | 1:19-cv-01610 | BERTRAM & GRAF, L.L.C. |

**Third Amended Exhibit A**

| Name | Case Number | Law Firm |
|---|---|---|
| Martinez, Manuel A. | 1:19-cv-01654 | BERTRAM & GRAF, L.L.C. |
| McCain, Roma | 1:19-cv-01655 | BERTRAM & GRAF, L.L.C. |
| Bender, Andrew | 1:19-cv-02099 | PROVOST & UMPHREY LAW FIRM LLP |
| McCray, Johnnie | 1:19-cv-03079 | REICH & BINSTOCK, LLP |
| Cachie, David | 1:19-cv-03320 | BERTRAM & GRAF, L.L.C. |
| Padilla, Modesto | 1:19-cv-03354 | BERTRAM & GRAF, L.L.C. |
| Robinson, James | 1:19-cv-03620 | BERTRAM & GRAF, L.L.C. |
| Fitzgerald, Nicholas Patrick | 1:19-cv-03880 | THE NATIONS LAW FIRM |
| Scott, Sinnia | 1:19-cv-04134 | THE SEIDEMAN LAW FIRM, PC |
| Guerrero, Jesus Jr. and Maria Dolores | 1:20-cv-00517 | THE NATIONS LAW FIRM |
| Hassell, Royce | 1:20-cv-00634 | PERDUE & KIDD |
| Atkinson, Sheila Marguerite | 1:20-cv-01081 | THE NATIONS LAW FIRM |
| Arnett, John Douglas | 1:20-cv-01182 | DRIGGS, BILLS & DAY, PC |
| Delgado, Michael John and Marivel | 1:20-cv-01634 | THE NATIONS LAW FIRM |
| Tauschek, Derek Richard | 1:21-cv-00700 | THE NATIONS LAW FIRM |
| Florent, Dennis | 1:21-cv-00709 | GOMEZ TRIAL ATTORNEYS |
| Watts, Michael | 1:21-cv-02705 | ONDERLAW, LLC |

**Third Amended Exhibit A**

| Ford, Kathryn | 1:23-cv-00417 | REICH & BINSTOCK, LLP |
| --- | --- | --- |
| Mack, Christopher | 1:23-cv-00420 | REICH & BINSTOCK, LLP |